IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CHERYL E. GILINSKY,** | 3:11-CV-00820-HU |
| Plaintiff, | ORDER |
| v. | |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social Security,** | |
| Defendant. | |

**BROWN, Judge.**

    Magistrate Judge Dennis James Hubel issued Findings and Recommendation (#22) on September 11, 2012, in which he recommends this Court affirm the Commissioner's decision denying Plaintiff's applications for disability insurance benefits and supplemental security income. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of

1 - ORDER

Civil Procedure 72(b).

Because both parties have advised the Court that they do not intend to file objections to the Magistrate Judge's Findings and Recommendation, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#22). Accordingly, the Court **AFFIRMS** the Commissioner's decision and **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 27th day of September, 2012.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER